# STATEMENT OF ACCOUNT
## 05-Apr-05

Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035
Fax 44(0)208 899 6194
VAT Number 678 767 556

**Intelsat**
inspiring connections.

## Socatel (#0017)

Attention: Finance / Accounting Department
P.O. Box 939
Bangui , Central African Rep

**Intelsat Credit Administrator:**

Merlyn Symonds
Phone: 441 294-1663
Fax: 441-292-9984
merlyn.symonds@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London
WC2R 1HB

| Transaction Type | Transaction Number | Invoice Date | Due Date | Original Transaction Amt | Balance Outstanding |
|---|---|---|---|---|---|
| IDR Eq Loan | IDR Loan 0017 | 31-Dec-01 | 31-Dec-01 | $413,366.53 | $413,366.53 |
| NCBS-QAAct | B-1000264 | 01-Apr-03 | 16-Jun-03 | $99,629.25 | $18,108.24 |
| NCBS-MAAct | B-1006950 | 01-May-03 | 16-Jun-03 | $8,093.28 | $8,093.28 |
| NCBS-MAAct | B-1009416 | 01-Jun-03 | 15-Jul-03 | $7,715.52 | $7,715.52 |
| NCBS-MAAct | B-1011959 | 01-Jul-03 | 15-Aug-03 | $6,249.48 | $6,249.48 |
| NCBS-MAAct | B-1014583 | 01-Aug-03 | 15-Sep-03 | $6,359.10 | $6,359.10 |
| NCBS-QAAct | B-1007102 | 01-Jul-03 | 15-Sep-03 | $99,629.25 | $99,629.25 |
| NCBS-MAAct | B-1017380 | 01-Sep-03 | 15-Oct-03 | $5,846.58 | $5,846.58 |
| NCBS-MAAct | B-1020161 | 01-Oct-03 | 14-Nov-03 | $6,002.82 | $6,002.82 |
| NCBS-QAAct | B-1014735 | 01-Oct-03 | 15-Dec-03 | $99,629.25 | $99,629.25 |
| NCBS-MAAct | B-1022988 | 01-Nov-03 | 15-Dec-03 | $5,653.44 | $5,653.44 |
| NCBS-MAAct | B-1025867 | 01-Dec-03 | 15-Jan-04 | $3,441.84 | $3,441.84 |
| NCBS-MAAct | B-1028864 | 01-Jan-04 | 16-Feb-04 | $4,459.38 | $4,459.38 |
| NCBS-QAAct | B-1022989 | 01-Jan-04 | 16-Mar-04 | $99,629.25 | $99,629.25 |
| NCBS-MAAct | B-1031912 | 01-Feb-04 | 17-Mar-04 | $3,533.70 | $3,533.70 |
| NCBS-MAAct | B-1034991 | 01-Mar-04 | 15-Apr-04 | $3,345.60 | $3,345.60 |
| Termination | M-1003466 | 22-Apr-04 | 22-Apr-04 | $3,153,203.92 | $3,153,203.92 |
| NCBS-MAAct | B-1038138 | 01-Apr-04 | 17-May-04 | $4,811.94 | $4,811.94 |
| NCBS-QAAct | B-1031913 | 01-Apr-04 | 15-Jun-04 | $99,629.25 | $99,629.25 |
| NCBS-MAAct | B-1041346 | 01-May-04 | 15-Jun-04 | $4,741.20 | $4,741.20 |
| NCBS-MAAct | B-1044818 | 01-Jun-04 | 16-Jul-04 | $4,380.18 | $4,380.18 |
| NCBS-MAAct | B-1048382 | 01-Jul-04 | 15-Aug-04 | $3,587.40 | $3,587.40 |
| NCBS-QAAct | B-1041347 | 01-Jul-04 | 14-Sep-04 | ($1,574.27) | ($1,574.27) |
| NCBS-MAAct | B-1052011 | 01-Aug-04 | 15-Sep-04 | $2,727.48 | $2,727.48 |

If you have any questions regarding this statement please contact your Intelsat Credit Administrator (Merlyn Symonds).

This statement reflects all transactions posted to the abovementioned account as at 04/04/2005.

FILED

05 1327

JUL - 1 2005

EXHIBIT 2

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# STATEMENT OF ACCOUNT
## 05-Apr-05

Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035
Fax 44(0)208 899 6194
VAT Number 678 767 556



| | | | | | |
|---|---|---|---|---|---|
| NCBS-MAAct | B-1055703 | 01-Sep-04 | 16-Oct-04 | $1,003.20 | $1,003.20 |
| NCBS-QAAct | B-1052012 | 01-Oct-04 | 15-Dec-04 | $325.82 | $325.82 |

| Current Due | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Greater Than 90 Days | Total Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $4,063,899.38 | $4,063,899.38 |

If you have any questions regarding this statement please contact your Intelsat Credit Administrator (Merlyn Symonds).

This statement reflects all transactions posted to the abovementioned account as at 04/04/2005.