CO-386-online
10/03

**FILED**

JUL - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INTELSAT GLOBAL SALES AND MARKETING, LTD. )
)
)
         Plaintiff )      Civil Action No. _____
vs )
SOCIETE CENTRAFRICAINE DE )
TELECOMS, d/b/a SOCATEL )
)
         Defendant )

CASE NUMBER  1:05CV01327

JUDGE: Rosemary M. Collyer

DECK TYPE: Contract

DATE STAMP: 07/01/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __PLAINTIFF__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT GLOBAL SALES AND MARKETING, INC.__ which have any outstanding securities in the hands of the public:

INTELSAT SUBSIDIARIES HOLDING CO., LTD. (BERMUDA); INTELSAT (BERMUDA) LTD. (BERMUDA); INTELSAT, LTD. (BERMUDA)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____ /s/ _____
Signature

__422596__
BAR IDENTIFICATION NO.

David I. Bledsoe
Print Name

601 KING STREET
Address

ALEXANDRIA VA  22314
City          State          Zip Code

703 379 9424
Phone Number

