UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., )<br><br>Plaintiff, )<br><br>v. )<br><br>SOCIETE CENTRAFRICAINE DE TELECOMS, )<br><br>Defendant. ) | Civil Action No. 05-1327 (RMC) |

**ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS**

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. On July 1, 2005, Plaintiff filed a complaint naming Societe Centrafricaine de Telecoms as Defendant. Over 120 days have passed since the filing of the complaint in this action and the Court has no record that the Defendant has been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that, on or before December 27, 2005, Plaintiff shall either (1) file with the Court proof that Defendant has been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If Plaintiff fails

to comply with this Order, or if the Court determines that Plaintiff has not shown good cause for failure to comply with Rule 4(m), the complaint will be dismissed without prejudice.

**SO ORDERED**.


Date: December 7, 2005                                     /s/
                                        _____
                                        ROSEMARY M. COLLYER
                                        United States District Judge