IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., ) ) ) | |
| v. ) | CA No. 05-1327 (RMC) |
| ) SOCIETE CENTRAFRICAINE DE ) TELECOMS ) Defendant. ) ) | |

**PLAINTIFF'S RESPONSE TO ORDER OF DECEMBER 7, 2005**

Plaintiff Intelsat Global Sales and Marketing, Ltd., by counsel, respectfully submits this Response to the Court's Order of December 7, 2005.

This matter arises under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 et seq. ("FSIA"), as defendant is an instrumentality of the government of the Central African Republic as defined in 28 U.S.C. §1603, and has waived its immunity from the jurisdiction of United States courts as defined in 28 U.S.C. §1605(a)(1) and further is engaged in commercial activity that causes a direct effect in the United States as defined in 28 U.S.C. §1605(a)(2).  See Exhibit 1 to Complaint, ¶ 9.

Pursuant to 28 U.S.C. §1608(a)(1), service under the FSIA may be made upon defendant through specially arranged methods of service.  The Novation Agreement contains such a provision, which provides that notices may be served on the parties by such methods as registered mail and DHL.  Exhibit 1 to Complaint, ¶12.2.

On July 6, 2005, the Summons and Complaint was shipped via DHL to defendant in the address specified in the Novation Agreement for service of notices.  See Affidavit of David I. Bledsoe, Exhibit 1.  It was delivered on July 11, 2005.  See Affidavit of David

I. Bledsoe, Exhibit 2. Further, the Summons and Complaint was sent via registered mail to the defendant on July 6, 2005. See Affidavit of David I. Bledsoe, Exhibit 3.

Given that the Novation Agreement provides that notice shall be deemed to be given 15 days after mailing by registered mail, plaintiff submits that service was effected at the latest by July 21, 2005, and the defendant is in default after September 19, 2005. Exhibit 1 to Complaint, ¶12.2.

Plaintiff therefore moves this Court for entry of default pursuant to F.R.Civ. P 55(b)(2). Plaintiff will file within ten days of entry of default a Motion for Entry of Default Judgment against defendant.

                                                  INTELSAT GLOBAL SALES AND
                                                       MARKETING, LTD.
                                                       By Counsel

    /s/
David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)