IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br> v. <br><br> LIBERIA TELECOMMUNICATIONS CORPORATION, doing business as LIBTELCO, <br>    Defendant. | CA No. 1:05CV01046 <br><br> Judge Royce C. Lamberth |

### AFFIDAVIT OF DAVID I. BLEDSOE

Pursuant to 28 U.S.C. §1746, and under penalty of perjury, David I. Bledsoe deposes and says:

1. I am counsel for plaintiff in this matter. I am over the age of twenty-one and am competent to make this Affidavit.

2. On July 6, 2005, I forwarded the Summons and Complaint via DHL courier, airbill number 8341295023, to defendant in the address specified in the Novation Agreement for service of notices. Attachment 1 to this Affidavit is the DHL receipt showing the date of the mailing of the Summons and Complaint. On July 12, that package was delivered by DHL. Attachment 2 to this Affidavit is the DHL confirmation of delivery for package 8341295023.

3. I simultaneously sent the Summons and Complaint to the defendant by registered mail on July 6, 2005, at the address specified by defendant in the Novation

Agreement for service of notices. Attachment 3 is the registered mail receipt showing the date of that mailing.

4. Defendant is a public corporation owned by the government of the Central African Republic, and is therefore not an infant or incompetent person and not in the military service of the United States.

I declare under penalty of perjury that the foregoing Affidavit is true and correct to the best of my knowledge, information, and belief.

Executed on December 27, 2005.

*David I. Bledsoe*

```
Fax Server                    7/12/2005 10:16    PAGE 001/001    Fax Server
```

# DHL Shipment Air Waybill

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL (in USA only)

Waybill No: **834 1295 023**

Origin: **ADE**
Destination Code: **BGF**

**From (Shipper):**
- Shipper's Account Number: 75 7203 479
- Company: David Bledsoe
- Address: 601 King St.
- Alex, VA
- Post/ZIP Code: 22314
- Phone: 707 886-4600

**To (Receiver):**
- Company Name: SOCATEL
- Contact Name: Director General
- Delivery Address: B.P. 939
- Bangui, Central African Rep
- Phone: 236-614 472

Total Number of Packages: 1
Doc: XD

Exhibit 1





FROM: **Drew** /Shipment Inquiry Customer Relations Center
Tempe, AZ

DATE: July 12, 2005

CONTACT: David Bledsoe

DHL AIRWAYBILL #: 8341295023

DETAILS:

| Delivered | ADG | BGF | 07/11/2005 | 07:30 | 1 | BGF | PROTOCOLE | F | 2005-07-11 07:30:00 |
|---|---|---|---|---|---|---|---|---|---|

IF YOU HAVE ADDITIONAL QUESTIONS PLEASE CALL 800-225-5345
THANK YOU FOR SHIPPING WITH DHL WORLDWIDE EPXRESS!

Exhibit 2



Exhibit 3