Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND MARKETING, LTD.
_____

      Plaintiff(s)

V.

Civil Action No. 05-1327 (RMC)

SOCIETE CENTRAFRICAINE DE TELECOMS
_____

      Defendant(s)

RE: SOCIETE CENTRAFRICAINE DE TELECOMS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 11, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of April, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk