UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **INTELSAT GLOBAL SALES AND MARKETING, LTD.,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1327 (RMC) |
| **SOCIETE CENTRAFRICAINE DE TELECOMS,** | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on July 1, 2005. The record reflects that Defendant Societe Centrafricaine de Telecoms was served with a summons and copy of the complaint no later than July 21, 2005. Upon Plaintiff's request pursuant to Federal Rule of Civil Procedure 55(a), the clerk entered default as to Defendant on April 12, 2006. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before **October 23, 2006**, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: October 2, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge