IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., ) ) ) | |
| v. ) ) | CA No. 05-1327 (RMC) |
| SOCIETE CENTRAFRICAINE DE TELECOMS ) ) ) Defendant. ) ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Intelsat Global Sales and Marketing, Ltd., by counsel, pursuant to F.R.Civ. P. 55(b), moves this Court for entry of default judgment in its favor against defendant Societe Centrafricaine de Telecoms ("Socatel") and entry of a permanent injunction against Socatel's further unauthorized use of Intelsat Global's satellites, transponders, facilities, equipment, or services.

On April 12, 2006, the Clerk entered the default of defendant in this matter. Plaintiff now moves for entry of default judgment. As demonstrated in the Affidavit of Bilal Haffejee, attached hereto as Exhibit A, pursuant to the agreements between plaintiff Intelsat Global Sales and Marketing, Ltd. and defendant Socatel, as of April 5, 2005, plaintiff has issued invoices totaling $4,063,899.38 to defendant, which invoices defendant has failed to pay.

The contract between the parties was terminated for non-payment on April 22, 2004. Despite that fact, defendant has for the past two years continued to pirate services from Intelsat by beaming unauthorized transmissions to and receiving unauthorized

transmissions from Intelsat's satellite. This is nothing more than the theft of Intelsat's services. Plaintiff is entitled to a permanent injunction prohibiting Socatel from using any of Intelsat's services or equipment. District courts are free to grant injunctive relief as part of a default judgment. See SEC v. First Financial Group of Texas, Inc., 659 F.2d 660, 669 (5th Cir. 1981) (affirming grant of injunction by default pursuant to Rule 55(b)(2)).

Defendant is not an infant or incompetent person or in the military service of the United States, as shown by the affidavit of David I. Bledsoe, attached hereto as Exhibit B.

Pursuant to the terms of the agreements between them, defendant Socatel owe to plaintiff the sum of $4,063,899.38, together with interest thereon at the rate of 16 percent from April 5, 2005. Such interest adjusts to a per diem rate of $1781.43. As of October 23, 2006, such interest totals an additional $1,008,289.38. See Interest Worksheet, attached as Exhibit C.

WHEREFORE plaintiff Intelsat Global Sales and Marketing, Ltd. prays that this Court enter

(a) a permanent injunction against defendant Societe Centrafricaine de Telecoms , doing business as Socatel , its agents, employees and affiliates, against any further use of Intelsat Global's satellites, transponders, facilities, equipment, or services; and

(b) judgment in its favor against defendant Societe Centrafricaine de Telecoms , doing business as Socatel , in the amount of $5,072,188.76, its costs herein, and such other relief as to the Court seems proper.[1]

                    INTELSAT GLOBAL SALES AND
                    MARKETING, LTD.
                    By Counsel

_____/s/David I. Bledsoe_____
David I. Bledsoe
Bar Number 422596
700 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)

---

[1] In the alternative, if the Court deems it necessary, Plaintiff prays the Court permit Plaintiff oral hearing for ex parte proof of damages.