IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., )<br>)<br>)<br>)<br>v.    )<br>)<br>SOCIETE CENTRAFRICAINE DE TELECOMS, doing business as SOCATEL, )<br>)<br>)<br>)<br>Defendant.   )<br>)<br>) | CA No. 1:05CV01327<br>)<br>Judge Rosemary M. Collyer<br><br>) |

### AFFIDAVIT OF BILAL HAFFEJEE

Pursuant to 28 U.S.C. §1746, and under penalty of perjury, Bilal Haffejee deposes and says:

1. I am the Senior Director of Finance for Intelsat Subsidiary Holding Company, Ltd. I am over the age of twenty-one and am competent to make this Affidavit. I make this affidavit on personal knowledge.

2. As part of my duties as Senior Director of Finance for Intelsat Subsidiary Holding Company, Ltd., I am responsible for monitoring the accounts receivable and invoices of plaintiff Intelsat Global Sales and Marketing, Ltd., a subsidiary of Intelsat Subsidiary Holding Company, Ltd. I am familiar with the agreements between plaintiff and defendant. I am also familiar with the invoices issued to defendant Societe Centrafricaine de Telecoms ("Socatel") and amounts due from

**EXHIBIT A**

defendant Socatel and have personal knowledge of those agreements, invoices, and amounts due.

3.   Pursuant to the agreements between plaintiff Intelsat USA Sales Corporation and defendant Socatel, as of April 5, 2005, plaintiff has issued invoices totaling $4,063,899.38 to defendant, which invoices defendant has failed to pay.

4.   Pursuant to the agreements between defendant and plaintiff, as of April 5, 2005, defendant owes plaintiff the sum of $4,063,899.38 , together with interest due after April 5, 2005 at the rate of 16 percent on a principal balance of $4,063,899.38 and the costs of collection, without any right of setoff by defendant.

Executed on October 20, 2006.

Bilal Haffejee

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., )<br>)<br>v. )<br>)<br>SOCIETE CENTRAFRICAINE DE TELECOMS<br>Defendant. )<br>)<br>)<br>)<br>) | CA No. 05-1327 (RMC) |

## AFFIDAVIT UNDER THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

Under penalty of perjury, David I. Bledsoe deposes and says:

1. I am the attorney for plaintiff in the above-styled case.

2. Defendant is a corporation existing under the laws of the Central African Republic. Defendant is therefore not in the military service of the United States as defined in the Soldiers' And Sailors' Civil Relief Act Of 1940, and defendant is not an incompetent person or infant.

_____
David I. Bledsoe

INTEREST WORKSHEET

PRINCIPAL BALANCE: $4,063,899.38

INTEREST RATE: 16 PERCENT

ANNUAL INTEREST: $650,223.90

PER DIEM INTEREST RATE: $1781.43

CALCULATION DATE: OCTOBER 23, 2006

ORIGINAL DUE DATE: APRIL 5, 2005

| MONTH | NUMBER OF DAYS | INTEREST |
|---|---|---|
| APRIL 05 | 25 | $44,535.75 |
| MAY 05 | 31 | $55,224.33 |
| JUNE 05 | 30 | $53,442.90 |
| JULY 05 | 31 | $55,224.33 |
| AUGUST 05 | 31 | $55,224.33 |
| SEPTEMBER 05 | 30 | $53,442.90 |
| OCTOBER 05 | 31 | $55,224.33 |
| NOVEMBER 05 | 30 | $53,442.90 |
| DECEMBER 05 | 31 | $55,224.33 |
| JANUARY 06 | 31 | $55,224.33 |
| FEBRUARY 06 | 28 | $49,880.04 |
| MARCH 06 | 31 | $55,224.33 |
| APRIL 06 | 30 | $53,442.90 |
| MAY 06 | 31 | $55,224.33 |
| JUNE 06 | 30 | $53,442.90 |
| JULY 06 | 31 | $55,224.33 |
| AUGUST 06 | 31 | $55,224.33 |
| SEPTEMBER 06 | 30 | $53,442.90 |
| OCTOBER 06 | 23 | $40,972.89 |
| TOTAL | 566 | $1,008,289.38 |

**EXHIBIT C**