IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., | ) ) ) | |
| v. | ) ) | CA No. 05-1327 (RMC) |
| SOCIETE CENTRAFRICAINE DE TELECOMS<br>    Defendant. | ) ) ) ) | |

# [PROPOSED] ORDER OF JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER HAVING COME BEFORE THE COURT on the Motion of Plaintiff Intelsat Global Sales and Marketing, Ltd, and it appearing to the Court that default has been entered against defendant Societe Centrafricaine de Telecoms by the Clerk pursuant to F.R. Civ. P. 55 for failure to plead or defend, and upon application of the plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the amount of $4,063,899.38 to defendant, together with interest due after April 5, 2005 at the rate of 16 percent, and upon affidavit that Defendant is not an infant or incompetent person and is not in the military service of the United States, and

It further appearing to the Court that plaintiff is entitled to a permanent injunction prohibiting any further use by defendant of Intelsat Global's satellites, transponders, facilities, equipment, or services; it is hereby

ORDERED that pursuant to F.R.Civ. P. 55(b), judgment is hereby entered in favor of plaintiff against defendant Societe Centrafricaine de Telecoms, doing business as Socatel, in the amount of $5,072,188.76, plus costs of this suit; and it is further

ORDERED that defendant Societe Centrafricaine de Telecoms, doing business as Socatel, is permanently enjoined from any further use by defendant of Intelsat Global's satellites, transponders, facilities, equipment, or services.

THIS ORDER IS FINAL.

_____
Judge Rosemary M. Collyer
United States District Judge