IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., | ) ) ) | |
| v. | ) ) | CA No. 05-1327 (RMC) |
| SOCIETE CENTRAFRICAINE DE TELECOMS<br>Defendant. | ) ) ) ) ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Intelsat Global Sales and Marketing, Ltd., by counsel, pursuant to F.R.Civ. P. 55, responds to this Court's Order of October 2, 2006 to show cause why this matter should not be dismissed for failure to prosecute.

Plaintiff has today filed a Motion for Default Judgment with all supporting affidavits necessary for this Court to enter judgment.  Accordingly, counsel for plaintiff respectfully submits that it will be in the interest of justice and this Court's docket to enter judgment at this time, rather than requiring plaintiff to refile another case and reserve the same.

Moreover, a dismissal would inure solely to the detriment of plaintiff, and any delay in filing the Motion for Default Judgment is solely the responsibility of undersigned counsel, not plaintiff.  Plaintiff's counsel apologizes to the Court for any delay in filing the Motion for Default Judgment.

Wherefore Plaintiff respectfully requests that the Court grant the Motion for Default Judgment and enter judgment and a permanent injunction against defendant.

                                  INTELSAT GLOBAL SALES AND
                                  MARKETING, LTD.
                                  By Counsel


____/s/David I. Bledsoe_____
David I. Bledsoe
Bar Number 422596
700 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)