UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTELSAT GLOBAL SALES AND MARKETING, LTD.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SOCIETE CENTRAFRICAINE DE TELECOMS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1327 (RMC) |

### ORDER TO SHOW CAUSE

Before the Court is Plaintiff's Motion for Entry of Default Judgment, filed on October 23, 2006 [Dkt. #9]. Plaintiff's Complaint was filed on July 1, 2005, and the record reflects that Defendant Societe Centrafricaine de Telecoms (d/b/a Socatel) was served with a summons and copy of the complaint no later than July 21, 2005. As it appears that Defendant has not filed a responsive pleading or motion in the time prescribed by Federal Rule of Civil Procedure 12, it is hereby

**ORDERED** that, no later than **March 14, 2007**, Defendant shall **SHOW CAUSE** why Plaintiff's Motion [Dkt. #9] should not be granted and judgment by default should not be entered against Defendant. Failure to respond to this Order may result in entry of judgment by default against Defendant.

**SO ORDERED**.

Date: February 14, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

Copy to:

Societe Centrafricaine de Telecoms d/b/a Socatel
c/o Directeur General, Socatel
P.O. Box 939
Bangui, Central African Republic