UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTELSAT GLOBAL SALES AND MARKETING, LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1327 (RMC) |
| ) | |
| **SOCIETE CENTRAFRICAINE DE TELECOMS,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This matter having come before the Court on the Motion of Plaintiff Intelsat Global Sales and Marketing, Ltd., and it appearing that default was entered on April 12, 2006 against Societe Centrafricaine de Telecoms by the Clerk of this Court pursuant to F.R. Civ. P. 55 for failure to plead or defend, and upon affidavit that Defendant is indebted to the Plaintiff in the amount of $4,063,899.38, together with interest due after April 5, 2005 at the rate of 16 percent, and upon it appearing that Societe Centrafricaine failed to respond to the Court's February 14, 2007 Order to Show Cause [Dkt. #11], and

It further appearing to the Court that plaintiff is entitled to a permanent injunction prohibiting any further use by defendant of Intelsat Global's satellites, transponders, facilities, equipment, or services; it is hereby

**ORDERED** that pursuant to F. R. Civ. P. 55(b), Plaintiff's Motion for Entry of Default Judgment [Dkt. #9] is granted. Judgment is hereby entered in favor of Plaintiff against Societe Centrafricaine de Telecoms, doing business as Socatel, in the amount of $5,072,188.76, plus

costs of this suit; and it is

**FURTHER ORDERED** that defendant Societe Centrafricaine de Telecoms, doing business as Socatel, is permanently enjoined from any further use of Intelsat Global's satellites, transponders, facilities, equipment, or services.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 7, 2007